■ SUSAN I. CARNEY, Appellant, v KENNETH CARNEY, Respondent. [761 NYS2d 925] —Appeal from an order of Supreme Court, Erie County (Siwek, J.), granted March 20, 2002, which granted defendant's motion to dismiss the action for lack of jurisdiction.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Siwek, J. Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.